# Court of Appeals
# of the State of Georgia

ATLANTA,  August 01, 2024

*The Court of Appeals hereby passes the following order:*

## A24A1855. MARTIN HINES v. THE STATE.

In 2017, Martin Hines pled guilty to drug possession and other crimes and was sentenced to ten years, to serve the first five years in confinement and the remainder on probation. In June 2022, the trial court revoked the balance of Hines's probation upon finding that he had committed new criminal offenses. In March 2023, Hines filed a motion to modify the sentence imposed upon the revocation of his probation. The trial court denied the motion, and Hines appeals. We lack jurisdiction.

Because the underlying subject matter of this appeal is the revocation of Hines's probation, he was required to file an application for discretionary appeal to obtain review in this Court. See OCGA § 5-6-35 (a) (5); *White v. State*, 233 Ga. App. 873, 874 (505 SE2d 228) (1998). "Compliance with the discretionary appeals procedure is jurisdictional." *Smoak v. Dept. of Human Resources*, 221 Ga. App. 257, 257 (471 SE2d 60) (1996). Hines's failure to follow the discretionary appeal procedure deprives us of jurisdiction to consider this direct appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,  08/01/2024*

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____, *Clerk.*